# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA
2002 MAY 13 P 5:10
BY DEPUTY CLERK

| | |
|---|---|
| BRian K Hevrington | CIVIL ACTION NUMBER: |
| D.O.C. # 381430 | CLERK: Mr. Telano |
| VERSUS | DATE FILED: 5/7/02 |
| Dixon Correctional Institute. | 02-468-C-M2 |

* * * * * * * *

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT.
## *42 U.S.C. § 1983*

Instructions for filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and service address for each defendant no longer employed by the Department of Public Safety and Corrections.

All copies of the complaints must be identical to the original.

The names of all parties must be listed in the caption and in part III of the complaint exactly the same.

| INITIALS | DOCKET# |
|---|---|
| BS | 1 |

**In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.**

**If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.**

**You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.**

**When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 139 U.S. Courthouse 707 Florida Street, Baton Rouge, La. 70801.**

**I. Previous Lawsuits**

**A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?**
**Yes (✓) No ( )**

**B. If your answer is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)**

**1. Parties to this previous lawsuit**
**Plaintiff(s)** Bryan Herrington

**Defendants** Richland Parish Detention Center

**2. Court. If federal court, name the district, if state court, name the parish.**
U.S. States Middle Dist E.B. Parish

3. Docket Number: #3 number 02-430-B-1

4. Name of Judge to whom case was assigned: Judge Stephen Ried (?)

5. Disposition: for example: Was the case dismissed? Is it still pending?

Pending

6. Date of filing lawsuit: 5/4/02

7. Date of disposition: ______

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or failure to state a claim for which relief can be granted?

Yes ( ) No (X)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

II. Place of present confinement: D.C.I. Dorm B P.O. Box 788 Jackson, LA 70748

A. Is there a prisoner grievance procedure in this institution?
Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X) No ( )

C. If your answer is yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. I went through the ARP Process and I Recieved a letter From Warden LeBlanc Stating that my Process was unappealable

2. What steps did you take? I Filed the A.R.P. Process to Warden LeBlanc Stating that the good time taken From me was Illegal.

We are Filing a motion of Review through the 19th Dist Court in B.R

3. What was the result? I Received a Letter From Warden LeBlanc Stating my loss of 120 days Rule # 3 was unappealable

D. If your answer is No, explain why not:

III. Parties

In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Brian K. Herrington

B. Address

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant : Mr. James LeBlanc
is employed as Warden
at Dixon Correctional Institute.

C. Additional Defendants:

## IV. Statement of Claim

**State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.**

In the month of April. I sent A.R.P's to Warden LeBlanc concerning a matter at Hunts to where 120 days good time was taken Illegaly From a letter that was taken By R.P.D.C and then sent to Hunts. The letter is addressed to me From the U.S. Senate. He wrote me Back and told me the appeals and A.R.Ps were unappealable

## V. Relief

**State briefly exactly what you want the court to do for you. Make no legal argument. Cite no cases or statutes. Attach no exhibits. 1. Through investigation and corrections to problem areas. 2. Reduction of present sentence serving. 3. Monetary award for damages to inmates.**

Restoration of Good time. An awarded For Monetary damages For every day Incarserated past my Original Release date 5/12/02

## VI Plaintiff's Declaration

1. I understand that I an prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 9 day of May, 2002.

Brian Harrington (381430)
Signature of plaintiff(s)